ACCEPTED
15-25-00142-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/9/2025 11:50 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

September 9, 2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

9/9/2025 11:50:21 AM
CHRISTOPHER A. PRINE
Clerk

The Honorable 15th Court of Appeals

*Via E-Filing*

Re:     *Robert Edward Battaile v. Texas Elections Division; Hon. Jane Nelson; Texas Secretary of State*; Court of Appeals No. 15-25-00142-CV; Trial Court Case No. D-1-GN-25-000719

To the Honorable Court:

Mr. Battaile filed suit against approximately forty-two defendants in connection with his loss in the City of Manor mayoral election. Among the named defendants was Texas Secretary of State Nelson, sued in her official capacity. Secretary Nelson filed a Plea to the Jurisdiction asserting jurisdictional arguments. On May 27, 2025, the trial court dismissed the case with prejudice.

Mr. Battaile filed his notice of appeal on July 7, 2025 (41 days later). "[A] party may appeal from certain interlocutory orders such as the denial of a governmental entity's plea to the jurisdiction. But to do so, a notice of appeal must be filed within twenty days of the date the challenged order was signed." TEX. R. APP. P. 26.1(b), 28.1(a); *City of Houston v. Estate of Jones*, 388 S.W.3d 663, 666 (Tex. 2012).

Thus, Mr. Battaile's appeal is untimely, and this honorable Court should reject it.

Respectfully,

*/s/ Roy Adams*
ROY ADAMS
Assistant Attorney General
Telephone (737) 239-2099
Email: roy.adams@oag.texas.gov
Counsel for Sec. Nelson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tristan Garza on behalf of Roy Adams
Bar No. 24133175
tristan.garza@oag.texas.gov
Envelope ID: 105380888
Filing Code Description: Letter
Filing Description: Letter to the Court of Appeals regarding timeliness
Status as of 9/9/2025 12:00 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert EdwardBattaile | | robert@manortx.us | 9/9/2025 11:50:21 AM | SENT |
| Roy Adams | | roy.adams@oag.texas.gov | 9/9/2025 11:50:21 AM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 9/9/2025 11:50:21 AM | SENT |
| William Davidson | 5447000 | bdavidson@chmc-law.com | 9/9/2025 11:50:21 AM | SENT |
| Michael Kabat | 24050847 | mkabat@mcginnislaw.com | 9/9/2025 11:50:21 AM | SENT |
| Gavin Villareal | 24008211 | gavin.villareal@bakerbotts.com | 9/9/2025 11:50:21 AM | SENT |
| Patrick Kelly | 11228000 | pat.kelly@traviscountytx.gov | 9/9/2025 11:50:21 AM | SENT |
| Michael Roberts | 24082153 | mroberts@jw.com | 9/9/2025 11:50:21 AM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 9/9/2025 11:50:21 AM | SENT |
| Tyler Ryska | 24096597 | tryska@rigbyslack.com | 9/9/2025 11:50:21 AM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 9/9/2025 11:50:21 AM | SENT |
| Patricia Muniz | | paralegal@rigbyslack.com | 9/9/2025 11:50:21 AM | SENT |
| William Duncan | 24124453 | wduncan@rigbyslack.com | 9/9/2025 11:50:21 AM | SENT |
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 9/9/2025 11:50:21 AM | SENT |
| Kim McBride | | kmcbride@mcginnislaw.com | 9/9/2025 11:50:21 AM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 9/9/2025 11:50:21 AM | SENT |
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 9/9/2025 11:50:21 AM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 9/9/2025 11:50:21 AM | SENT |
| Austin Jones | 24116579 | ajones@mcginnislaw.com | 9/9/2025 11:50:21 AM | SENT |
| Stormy Downing | | sdowning@rrspllc.com | 9/9/2025 11:50:21 AM | SENT |
| Andy Soule | | asoule@rrspllc.com | 9/9/2025 11:50:21 AM | SENT |
| Lauren Bush | 24142742 | lbush@jw.com | 9/9/2025 11:50:21 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tristan Garza on behalf of Roy Adams
Bar No. 24133175
tristan.garza@oag.texas.gov
Envelope ID: 105380888
Filing Code Description: Letter
Filing Description: Letter to the Court of Appeals regarding timeliness
Status as of 9/9/2025 12:00 PM CST

Case Contacts

| Lauren Bush | 24142742 | lbush@jw.com | 9/9/2025 11:50:21 AM | SENT |
|---|---|---|---|---|
| Karah Powers | | kpowers@chmc-law.com | 9/9/2025 11:50:21 AM | SENT |
| Edward Smith | 24037790 | esmith@808west.com | 9/9/2025 11:50:21 AM | SENT |
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 9/9/2025 11:50:21 AM | SENT |
| Martha AnnAdams | | madams@abaustin.com | 9/9/2025 11:50:21 AM | SENT |
| Benjamin C. Hunt | | ben.hunt@bakerbotts.com | 9/9/2025 11:50:21 AM | SENT |
| Anna Puff | 24144206 | apuff@sneedvine.com | 9/9/2025 11:50:21 AM | SENT |
| Eldridge Burns | | eburns@rrspllc.com | 9/9/2025 11:50:21 AM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 9/9/2025 11:50:21 AM | SENT |
| Stephanie Serrano | 24092655 | sserrano@rothberg.law | 9/9/2025 11:50:21 AM | SENT |
| Carol Shipley | | cshipley@rrspllc.com | 9/9/2025 11:50:21 AM | SENT |
| Joanna Salinas | 791122 | joanna.salinas@fletcherfarley.com | 9/9/2025 11:50:21 AM | SENT |